# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:19-po-00151-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| HARIHARAN GANESH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Possession of a controlled substance, in violation of 36 CFR 2.35(b) (2)

**Sentence Date:** September 18, 2020

**Review Hearing Date:** August 20, 2020

**Probation Expires On:** September 18, 2020

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $540 which Total Amount is made up of a Fine: $ 500 Special Assessment: $ 10 Processing Fee: $ $30 Restitution: $ N/A

☐ Payment schedule of $           per month by the           of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Full payment by October 31, 2019; stay in contact with counsel

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
    Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: William Taylor

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for 8/20/2020 at 10:00 Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated and the matter dismissed.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 7/27/2020             _____s/ Kevin Rooney_____
                                                             DEFENDANT'S COUNSEL

DATED: 7/27/2020             _____s/ William Taylor_____
                                                   ASSISTANT UNITED STATES ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **August 4, 2020**                                        _____
                                                         UNITED STATES MAGISTRATE JUDGE