McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HARIHARAN GANESH,<br><br>        Defendant. | CASE NO. 1:19-po-00151-SAB<br><br>PARITES' JOINT MOTION FOR WITHDRAWAL OF GUILTY PLEA AND DISMISSAL |

## **Background**

On September 18, 2019, the parties entered into a deferred entry of judgment for one year pursuant to 18 U.S.C. § 3607 (a) (Dkt.4). The Plea Agreement obligated the defendant to plead guilty to Violation Notice Number 9073355, possession of a controlled substance in violation of 36 C.F.R. § 2.35 (b)(2), and to perform the following: (1) Pay a fine and court fees in the amount of $540; (2) Obey all laws.

Counsel for the United States has confirmed that the defendant has complied with each of the obligations set forth in the Plea Agreement.

The parties agree that the defendant's successful completion of the terms of the Plea Agreement, including his ability to remain law-abiding, present fair and just reasons for the withdrawal of his guilty plea under Federal Rule of Criminal Procedure 11(d)(2)(B).

1

## **Motion**

In accordance with the Plea Agreement, the parties now move the Court for the following relief:

1) That the Court find that defendant has provided a fair and just reason for withdrawal of his guilty plea;

2) That the Defendant's Plea of Guilty be WITHDRAWN; and

3) That Violation Notice Number 9073355 be DISMISSED WITH PREJUDICE; and

4) That the Defendant's term of probation be DISCHARGED.

Dated: September 18, 2020                McGregor W. Scott
                                         United States Attorney

                                   By:   /s/William B. Taylor
                                         WILLIAM B. TAYLOR
                                         Special Assistant U.S. Attorney



                                   By:   /s/Kevin Rooney
                                         KEVIN ROONEY
                                         Attorney for Defendant

Order

The Court hereby finds that the defendant has shown a fair and just reason for the withdrawal of his guilty plea. The Court therefore orders:

1) That the Defendant's Plea of Guilty be WITHDRAWN; and
2) That Violation Notice Number 9073355 be DISMISSED WITH PREJUDICE; and
3) That the Defendant's term of probation be DISCHARGED.

IT IS SO ORDERED.

Dated: __**September 18, 2020**__                    _____
                                                                             UNITED STATES MAGISTRATE JUDGE